# **EXHIBIT A**

 **CT Corporation**

**Service of Process Transmittal**
03/17/2022
CT Log Number 541245749

TO:     Nafisa Abdelgadir
        ALLSTATE INSURANCE COMPANY
        27555 EXECUTIVE DRIVE STE. 345
        FARMINGTON HILLS, MI 48331

RE:     **Process Served in Illinois**

FOR:    Allstate Insurance Company  (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | NATHEN BARTON vs. Allstate Insurance Company |
| **DOCUMENT(S) SERVED:** | Summons, Original Complaint |
| **COURT/AGENCY:** | Clark County Superior Court, WA<br>Case # None Specified |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/17/2022 at 04:13 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 60 days after the service of this summons, excluding the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Nathen Barton<br>4618 NW 11th Cir<br>Camas, WA 98607<br>469-347-2139 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/17/2022, Expected Purge Date: 03/22/2022<br><br>Image SOP<br><br>Email Notification,  Nafisa Abdelgadir  nabdf@allstate.com<br><br>Email Notification,  Roycann Williams  roycann.vignocchi@allstate.com |
| **REGISTERED AGENT ADDRESS:** | James Halpin<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

 CT Corporation

**Service of Process Transmittal**
03/17/2022
CT Log Number 541245749

**TO:**  Nafisa Abdelgadir
ALLSTATE INSURANCE COMPANY
27555 EXECUTIVE DRIVE STE. 345
FARMINGTON HILLS, MI 48331

**RE:**  **Process Served in Illinois**

**FOR:**  Allstate Insurance Company  (Domestic State: IL)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**              Thu, Mar 17, 2022

**Server Name:**       Christopher Rodriquez

| Entity Served | Allstate Insurance Company |
|---------------|----------------------------|
| Case Number   | none                       |
| Jurisdiction  | IL                         |



1
2
3
4
5
6
7
8
9
10
11
12

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**
**FOR THE COUNTY OF CLARK**

| | |
|---|---|
| NATHEN BARTON, | Case No.: |
| Plaintiff | SUMMONS (60 DAYS) |
| v. | |
| Allstate Insurance Company, Discount Insurance Quotes, and John Doe 1-10 | |
| Defendants. | |

13

14      TO THE DEFENDANT: A lawsuit has been started against you in the above entitled court

15  by Nathen Barton, plaintiff. Plaintiff's claim is stated in the written complaint, a copy of which is

16  served upon you with this summons.

17      In order to defend against this lawsuit, you must respond to the complaint by stating your

18  defense in writing, and by serving a copy upon the person signing this summons within 60 days

19  after the service of this summons, excluding the day of service, or a default judgment may be

20  entered against you without notice. A default judgment is one where plaintiff is entitled to what

21  she or he asks for because you have not responded. If you serve a notice of appearance on the

22  undersigned person, you are entitled to notice before a default judgment may be entered.

Clark County Superior Court Summons  Page 1 of 2

1    You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand

2    must be in writing and must be served upon the person signing this summons. Within 14 days

3    after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on

4    you of this summons and complaint will be void.

5    If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6    that your written response, if any, may be served on time.

7    This summons is issued pursuant to rule 4 of the Superior Court Civil Rules of the State of

8    Washington.

9

10

11    _____3/12/2022_____

12    (dated)

13

14    _____

15

16    (signed)  ·

17

18    Nathen Barton

19    (469) 347-2139

20    4618 NW 11th Cir

21    Camas WA 98607

22

23    **CLARK COUNTY SUPERIOR COURT**

24    https://clark.wa.gov/superior-court

25    (360) 397-2292

26    1200 Franklin Street

27    Vancouver WA 98660

28

Clark County Superior Court Summons  Page 2 of 2

1
2
3
4
5
6
7
8
9
10
11    **IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**
12    **FOR THE COUNTY OF CLARK**

| | |
|---|---|
| NATHEN BARTON, | Case No.: |
| Plaintiff | ORIGINAL COMPLAINT FOR A CIVIL CASE AND INJUNCTIVE RELIEF |
| v. | |
| Allstate Insurance Company, Discount Insurance Quotes, and John Doe 1-10 Defendants. | Jury Trial: ☒ Yes  ☐ No |

13                    **I.    INTRODUCTION**

14        There are telemarketers in America whose long-term business model is placing lots and

15    lots of unsolicited robocalls.  They call all the phone numbers they can, playing pre-recorded or

16    artificially generated speech, in search of leads they can sell to a third party.  When they get a

17    consumer on the line, they transfer the call to the third party and everyone in the loop is a

18    winner.  Except for people like Senator Hollings and Plaintiff who don't want the phone calls.  In

19    our experience:

20        "[c]omputerized calls are the scourge of modern civilization. They wake us up in the
21        morning; they interrupt our dinner at night; they force the sick and elderly out of bed; they
22        hound us until we want to rip the telephone right out of the wall."
23

PLAINTIFF'S ORGINAL COMPLAINT FOR A CIVIL CASE  - 1 / 19          NATHEN BARTON
                                                                  4618 NW 11TH CIR
                                                                  CAMAS WA 98607

1

2 An unknown robocaller placed calls to benefit Allstate Insurance Company, and these

3 entities are violating the TCPA.

4      **II. BASIS FOR JURISDICTION**

5  Plaintiff Nathen Barton is a natural person and resident of Clark County, Washington.

6 Nearly all the acts alleged in this complaint occurred in Clark County, Washington State, during

7 the year 2021.

8  Jurisdiction in this court is correct because of where Plaintiff resides, and his residence is

9 a nexus where Plaintiff suffered personal injury and invasion of privacy at the hands of the

10 Defendants.

11  All the specifically identified telemarketing phone calls alleged in this complaint were

12 made to a specific 469-area code cell phone number that is assigned to Plaintiff in exchange for a

13 monthly service fee.  These specifically identified calls were all received during the year.

14  For most of the calls, Defendants were aware they were calling a consumer located in

15 Clark County of Washington State by dialing Plaintiff's phone numbers.

16  Washington State has long held that a party availing themselves of the privilege of

17 conducting activities inside of Washington State is subject to the jurisdiction of Washington

18 State.  See *Cofinco of Seattle, Ltd. v. Weiss*, 25 Wash.App. 195, 196, 605 P.2d 794 (1980).

19  The Defendants need not physically visit Washington.  The internet and the telephone

20 allow anyone in one state to do business in all others.  In a case decided before "internet" was a

21 word, our Washington Supreme Court recognized that jurisdiction may be established by

22 "affirmative acts taking place here by which the out-of-state resident overtly submits to

23 jurisdiction".  *Griffiths & Sprague Stevedoring Co. v. Bayly, Martin & Fay, Inc.*, 71 Wash.2d

PLAINTIFF'S ORGINAL COMPLAINT FOR A CIVIL CASE  - 2 / 19    NATHEN BARTON
                             4618 NW 11TH CIR
                             CAMAS WA 98607

1    679, 684, 430 P.2d 600 (1967) quoting *Quigley v. Spano Crane Sales & Serv., Inc.*, 70 Wn.2d

2    198, 422 P.2d 512 (1967).

3          The Defendants initiated or incentivized others to initiate phone call solicitations to

4    Plaintiff and other residents of Washington State, and they a significant fraction of the phone

5    calls would be to Washington State residents, establishing jurisdiction here. *Nixon v. Cohn*, 62

6    Wn.2d 987, 385 P.2d 305 (1963)).

7          Plaintiff is suing in part under federal statute the Telephone Consumer Protection Act of

8    1991, known as the TCPA, giving rise to a lawsuit that may be brought in Federal Court pursuant

9    to *Mims v. Arrow Fin. Services, LLC*.

10                         **III.      THE PARTIES TO THE LITIGATION**

11          Plaintiff Nathen Barton resides at 4618 NW 11th Cir, Camas WA 98607, inside the

12    bounds of Clark County, Washington State.

13          Defendant Allstate Insurance Company ("Allstate") a Delaware company with principal

14    address of 2775 Sanders Road, Northbrook IL 60062.

15          Discount Insurance Quotes is an unknown entity that places telemarketing calls.

16          Allstate may be served with process via C T Corporation System, 208 SO LaSalle St,

17    Suite 814, Chicago IL 60604.

18                         **IV.      STATEMENT OF CLAIM**

19          Plaintiff pays for and uses the phone number at issue area code for residential purposes.

20    The phone was and is on a limited service plan, with each call, text, or data usage subtracting

21    from a fixed amount of each available each month.

22          The phone number at issue was registered on the FTC national *do-not-call* registry more

23    than 31 days before all calls at issue in this Complaint.

1    At no time relevant to this lawsuit did Plaintiff invite or consent to any auto insurance

2    related solicitation calls that contain artificial or pre-recorded speech.  All times listed are Pacific

3    Standard Time.

4                              **Unsolicited Telemarketing Call #1**

5    On 3/29/2021 Plaintiff received a phone call from (469) 284-5734.  The caller was an

6    avatar – a computer using a man's voice to speak pre-recorded or artificially generated voice,

7    and capable of understanding simple and expected responses.  The following conversation took

8    place:

9    Avatar: "Hello, this is Justin I'm a senior executive in our automotive department on a

10   recorded line can you hear me ok?

11   Plaintiff: "Yes, computer"

12   Avatar: "[unintelligible] you can press one to be removed.  The reason for the call today is

13   we received some of your auto information and its for the local agents in your area.  They have

14   some information to give you on your car insurance.  I just have a few pieces of information to

15   confirm with you, ok?"

16   Plaintiff: "Ok"

17   Avatar: "Ok now our records show you may qualify for one of our low cost premium

18   insurance plans.  If you were involved in a car accident today do you know how much it would

19   be out of pocket to fix your vehicle?"

20   Plaintiff: "Probably a lot"

21   Avatar: "And how much roughly are you paying for auto insurance?"

22   Plaintiff: "About $150"

PLAINTIFF'S ORGINAL COMPLAINT FOR A CIVIL CASE  - 4 / 19          NATHEN BARTON
                                                                 4618 NW 11TH CIR
                                                                 CAMAS WA 98607

1      Avatar: "Oh wow ok.  Well usually insurance establishes monthly price based on several

2  factors.  Did they tell you how they came up with that price?

3      Plaintiff: "no"

4      Avatar: "Well, based on the information we have here, as a preferred driver you may

5  prequalify for one of our premium auto insurance programs.  Lets see if we can help you get

6  your expenses down a little.  I just have a few questions for you so I can update your

7  information, ok?"

8      Plaintiff: "ok"

9      Avatar: "I take it you have had car insurance longer than six months?"

10     Plaintiff: "yes"

11     Avatar: "Have you had a DUI or DWI violation in the past five years?"

12     Plaintiff: "no"

13     Avatar: "Alright let me just update the information here really quick here, lets see, ok great

14  looks like we may be able to help you save on your auto insurance, what I am going to do now is

15  connect you with one of our representatives who will be able to match you with a licensed agent

16  in your area ok?"

17     Plaintiff: "Yes, computer"

18     Avatar: "Great, you may hear a few system prompts no worries you can hang tight I'll just

19  enter those for us one moment while I bring on an insurance specialist ok?  You still there?"

20     Plaintiff: "Yes, can hear you"

21     Then a real person got on the phone and he already knew Plaintiff's first name.  He then

22  connected the call to Allstate, introducing himself with "this is Chris with Discount Insurance

23  Quotes I have Nathen Barton on the line can you hear us?"  The new person identified himself as

PLAINTIFF'S ORGINAL COMPLAINT FOR A CIVIL CASE  - 5 / 19     NATHEN BARTON
  4618 NW 11TH CIR
  CAMAS WA 98607

1    a representative from Allstate. Plaintiff told the Allstate agent a Vancouver Washington physical

2    address.

3        Plaintiff used messaging.allstate.com/corp.aspx to send the following message to Allstate

4    at 4:39pm on 3/31/2021:

5        "Hello, will you please put my phone number (469) 347-2139 on your do not call list? I
6        got a robo call and that lead to getting phone calls from Allstate which I thought would
7        stop in a day but they keep going. We are good on insurance here."

8        On April 5, 2021, Allstate responded from email address

9    AllstateCustomerResolutionTeamSE@allstate.com with the following message:

10        "Hello,
11
12        Thank you for contacting Allstate. Your concerns are important to us and we appreciate the
13        opportunity to address them.
14
15        We regret any inconvenience you may have experienced. Per your request we have added
16        the phone number(s) you've provided us (469) 347-2139 to the Allstate Do Not Call list.
17        Please allow us 30 days to process your request. Please note the company Do Not Call list
18        applies to telephone solicitation calls.
19
20        If you have any further questions, you may reply to this e-mail. I am available between the
21        hours of 8:30 AM and 5:00 PM Eastern Standard Time.
22
23        Thank you,
24
25        Deidra, CRS101
26        Corporate Customer Advocacy Department
27        Phone: (800) 995-2566 Ext. 1120545
28        Fax: (877) 287-1973
29        Email: CRS101@allstate.com"

30        The caller did not identify the company behind the call in the first 30 seconds of speaking

31    with a live person.

32                         **Unsolicited Telemarketing Call #2**

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

1    On 4/12/2021 Plaintiff received a phone call from (424) 287-5803.  The caller, in a

2    woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

3    dropped up to 50% in your area.  Based on your zip code you could potentially see a significant

4    savings.  To speak to a specialist about a free quote, press 1."  Plaintiff was unable to speak to a

5    live person.

6                              **Unsolicited Telemarketing Call #3**

7    On 4/12/2021 Plaintiff received a phone call from (424) 287-5803.  The caller, in a

8    woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

9    dropped up to 50% in your area.  Based on your zip code you could potentially see a significant

10    savings.  To speak to a specialist about a free quote, press 1."

11                              **Unsolicited Telemarketing Call #3**

12    On 4/14/2021 Plaintiff received a phone call from (760) 491-7669.  The caller, in a

13    woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

14    dropped up to 50% in your area.  Based on your zip code you could potentially see a significant

15    savings.  To speak to a specialist about a free quote, press 1."

16    This call was abandoned as defined by 47 C.F.R § 64.1200(a)(7)(ii).

17                              **Unsolicited Telemarketing Call #4**

18    On 4/26/2021 Plaintiff received a phone call from (661) 759-8064.  The caller, in a

19    woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

20    dropped up to 50% in your area.  Based on your zip code you could potentially see a significant

21    savings.  To speak to a specialist about a free quote, press 1."  Plaintiff was unable to speak to a

22    live person.

23                              **Unsolicited Telemarketing Call #5 & 6**

PLAINTIFF'S ORGINAL COMPLAINT FOR A CIVIL CASE  - 7 / 19          NATHEN BARTON
                                                                  4618 NW 11TH CIR
                                                                  CAMAS WA 98607

1       On 5/5/2021 Plaintiff received two phone calls from (717) 340-8593.  In the first call, the

2   caller did not speak and eventually hung up.  In the second call, placed two minutes later, The

3   caller, in a woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance

4   rates have dropped up to 50% in your area.  Based on your zip code you could potentially see a

5   significant savings.  To speak to a specialist about a free quote, press 1."  Plaintiff was unable to

6   speak to a live person.

7       Both calls were abandoned as defined by 47 C.F.R § 64.1200(a)(7)(ii).

8                                       **Unsolicited Telemarketing Call #7**

9       On 5/6/2021 Plaintiff received a phone call from (925) 804-3084.  The caller, in a

10  woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

11  dropped up to 50% in your area.  Based on your zip code you could potentially see a significant

12  savings.  To speak to a specialist about a free quote, press 1."  Plaintiff was unable to speak to a

13  live person.

14      This call was abandoned as defined by 47 C.F.R § 64.1200(a)(7)(ii).

15                                      **Unsolicited Telemarketing Call #8**

16      On 5/7/2021 Plaintiff received a phone call from (424) 208-2198.  The caller, in a

17  woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

18  dropped up to 50% in your area.  Based on your zip code you could potentially see a significant

19  savings.  To speak to a specialist about a free quote, press 1."  Plaintiff was finally able to speak

20  to a live person, answered some questions, and that person then joined a new party onto the call –

21  Allstate.  This call was initiated by or on behalf of Allstate to encourage the purchase of

22  insurance services.

23      This call was abandoned as defined by 47 C.F.R § 64.1200(a)(7)(ii).

PLAINTIFF'S ORGINAL COMPLAINT FOR A CIVIL CASE  - 8 / 19        NATHEN BARTON
                                                            4618 NW 11TH CIR
                                                            CAMAS WA 98607

1    The caller did not identify the entity behind the call in the first 30 seconds of speaking to a

2    live person.

3                          **Unsolicited Telemarketing Call #9 & 10**

4    On 5/10/2021 Plaintiff received two phone calls from (408) 580-8746. The first caller was

5    completely silent for about 70 seconds and didn't make a single sound before hanging up. Then

6    that number called right back, and the caller, in a woman's voice, said in pre-recorded or

7    artificially generated voice: "Auto insurance rates have dropped up to 50% in your area. Based

8    on your zip code you could potentially see a significant savings. To speak to a specialist about a

9    free quote, press 1." Plaintiff was finally able to speak to a live person, answered some

10   questions, and that person then joined a new party onto the call – Allstate. This call was initiated

11   by or on behalf of Allstate to encourage the purchase of insurance services.

12   Both calls were abandoned as defined by 47 C.F.R § 64.1200(a)(7)(ii).

13   The caller did not identify the entity behind the call in the first 30 seconds of speaking with

14   a live person.

15                          **Unsolicited Telemarketing Call #11**

16   On 5/11/2021 Plaintiff received a phone call from (302) 541-1846. The caller, in a

17   woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

18   dropped up to 50% in your area. Based on your zip code you could potentially see a significant

19   savings. To speak to a specialist about a free quote, press 1." Plaintiff was unable to speak to a

20   live person.

21   This call was abandoned as defined by 47 C.F.R § 64.1200(a)(7)(ii).

22                          **Unsolicited Telemarketing Call #12**

PLAINTIFF'S ORGINAL COMPLAINT FOR A CIVIL CASE  - 9 / 19          NATHEN BARTON
                                                                  4618 NW 11TH CIR
                                                                  CAMAS WA 98607

1   On 5/12/2021 Plaintiff received a phone call from (760) 760-6411.  The caller, in a

2   woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

3   dropped up to 50% in your area.  Based on your zip code you could potentially see a significant

4   savings.  To speak to a specialist about a free quote, press 1."  Plaintiff was unable to speak to a

5   live person.

6   **Unsolicited Telemarketing Call #13**

7   On 5/21/2021 Plaintiff received a phone call from (661) 793-8181.  The caller, in a

8   woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

9   dropped up to 50% in your area.  Based on your zip code you could potentially see a significant

10  savings.  To speak to a specialist about a free quote, press 1."

11  **Unsolicited Telemarketing Call #14**

12  On 5/25/2021 Plaintiff received a phone call from (626) 662-7514.  The caller, in a

13  woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

14  dropped up to 50% in your area.  Based on your zip code you could potentially see a significant

15  savings.  To speak to a specialist about a free quote, press 1."

16  This call was abandoned as defined by 47 C.F.R § 64.1200(a)(7)(ii).

17  **Unsolicited Telemarketing Call #15**

18  On 6/23/2021 Plaintiff received a phone call from (559) 468-3995.  The caller, in a

19  woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

20  dropped up to 50% in your area.  Based on your zip code you could potentially see a significant

21  savings.  To speak to a specialist about a free quote, press 1."

22  This call was abandoned as defined by 47 C.F.R § 64.1200(a)(7)(ii).

23  **Unsolicited Telemarketing Call #16**

PLAINTIFF'S ORGINAL COMPLAINT FOR A CIVIL CASE  - 10 / 19          NATHEN BARTON
                                                                  4618 NW 11TH CIR
                                                                  CAMAS WA 98607

1     On 6/24/2021 Plaintiff received a phone call from (510) 961-7816. The caller, in a

2   woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

3   dropped up to 50% in your area. Based on your zip code you could potentially see a significant

4   savings. To speak to a specialist about a free quote, press 1."

5     This call was abandoned as defined by 47 C.F.R § 64.1200(a)(7)(ii).

6                          **Unsolicited Telemarketing Call #17**

7     On 6/28/2021 Plaintiff received a phone call from (601) 780-1013. The caller, in a

8   woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

9   dropped up to 50% in your area. Based on your zip code you could potentially see a significant

10   savings. To speak to a specialist about a free quote, press 1."

11     This call was abandoned as defined by 47 C.F.R § 64.1200(a)(7)(ii).

12                          **Unsolicited Telemarketing Call #18**

13     On 7/6/2021 Plaintiff received a phone call from (512) 357-3033. The caller, in a

14   woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

15   dropped up to 50% in your area. Based on your zip code you could potentially see significant

16   savings. To speak with a specialist please press 2".

17     This call was abandoned as defined by 47 C.F.R § 64.1200(a)(7)(ii).

18                          **Unsolicited Telemarketing Call #19**

19     On 7/8/2021 Plaintiff received a phone call from (510) 510-7730. The caller, in a

20   woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

21   dropped up to 50% in your area. Based on your zip code you could potentially see significant

22   savings. To speak with a specialist please press 2".

23     This call was abandoned as defined by 47 C.F.R § 64.1200(a)(7)(ii).

PLAINTIFF'S ORGINAL COMPLAINT FOR A CIVIL CASE  - 11 / 19        NATHEN BARTON
                                                                4618 NW 11TH CIR
                                                                CAMAS WA 98607

1

**Unsolicited Telemarketing Call #20**

2          On 7/12/2021 Plaintiff received a phone call from (951) 739-4982. The caller, in a

3   woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

4   dropped up to 50% in your area. Based on your zip code you could potentially see significant

5   savings. To speak with a specialist please press 2". Plaintiff was able to speak to a live person –

6   who introduced himself with "Hi Nathen, Nathen Hi this is Frank with Discount Insurance

7   Quotes. Frank asked some insurance questions, and Frank joined Allstate to the call. This call

8   was initiated by or on behalf of Allstate to encourage the purchase of insurance services.

9          This call was abandoned as defined by 47 C.F.R § 64.1200(a)(7)(ii).

10          The caller did not identify a legally recognized entity behind the call in the first 30 seconds

11   of speaking with a live person.

12

**Unsolicited Telemarketing Call #21**

13          On 7/8/2021 Plaintiff received a phone call from (717) 340-8598. The caller, in a

14   woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

15   dropped up to 50% in your area. Based on your zip code you could potentially see significant

16   savings. To speak with a specialist please press 2".

17          This call was abandoned as defined by 47 C.F.R § 64.1200(a)(7)(ii).

18

**Unsolicited Telemarketing Call #22**

19          On 7/22/2021 Plaintiff received a phone call from (509) 887-7964. The caller, in a

20   woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

21   dropped up to 50% in your area. Based on your zip code you could potentially see significant

22   savings. To speak with a specialist please press 2".

23

**Unsolicited Telemarketing Call #23**

PLAINTIFF'S ORGINAL COMPLAINT FOR A CIVIL CASE  - 12 / 19

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

1    On 7/23/2021 Plaintiff received a phone call from (925) 794-4511.  The caller, in a

2    woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

3    dropped up to 50% in your area.  Based on your zip code you could potentially see significant

4    savings.  To speak with a specialist please press 2".

5    This call was abandoned as defined by 47 C.F.R § 64.1200(a)(7)(ii).

6                         **Unsolicited Telemarketing Call #24**

7    On 7/26/2021 Plaintiff received a phone call from (262) 586-6028.  The caller, in a

8    woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

9    dropped up to 50% in your area.  Based on your zip code you could potentially see significant

10   savings.  To speak with a specialist please press 2".  The automated system asked for Plaintiff's

11   zip code, to which Plaintiff entered "98684".

12   A William Lucero answered the phone and even sent Plaintiff an email from

13   williamlucero@allstate.com.  Plaintiff responded to this email on 7/26/2021 with the message:

14   "Hi William,

15   I apologize, I am not really looking for auto insurance. I get a ton of robocalls pitching
16   auto insurance and I was curious who was calling me. Please put (469) 347-2130 on your
17   do not call list.

18   Thank you"

19   This call was initiated by or on behalf of Allstate to encourage the purchase of insurance

20   services.

21   The caller did not identify the entity behind the call in the first 30 seconds of speaking with

22   a real person.

23                         **Unsolicited Telemarketing Call #25**

24   On 7/26/2021 Plaintiff received a phone call from (601) 872-9052.  The caller, in a

25   woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

PLAINTIFF'S ORGINAL COMPLAINT FOR A CIVIL CASE  - 13 / 19          NATHEN BARTON
                                                                  4618 NW 11TH CIR
                                                                  CAMAS WA 98607

1 | dropped up to 50% in your area.  Based on your zip code you could potentially see significant

2 | savings.  To speak with a specialist please press 2".

3 |     This call was abandoned as defined by 47 C.F.R § 64.1200(a)(7)(ii).

4 | **Unsolicited Telemarketing Call #26**

5 |     On 7/26/2021 Plaintiff received a phone call from (480) 524-7115.  The caller, in a

6 | woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

7 | dropped up to 50% in your area.  Based on your zip code you could potentially see significant

8 | savings.  To speak to a specialist please press 2 or press 9 to be added to the do-not-call list."

9 |     Plaintiff pressed 9, and the call ended.

10 | **Unsolicited Telemarketing Call #27**

11 |     On 7/27/2021 Plaintiff received a phone call from (707) 414-0108.  The caller, in a

12 | woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

13 | dropped up to 50% in your area.  Based on your zip code you could potentially see significant

14 | savings.  To speak to a specialist please press 2 or press 9 to be added to the do-not-call list."

15 |     This call was abandoned as defined by 47 C.F.R § 64.1200(a)(7)(ii).

16 | **Unsolicited Telemarketing Call #28**

17 |     On 7/28/2021 Plaintiff received a phone call from (909) 300-6103.  The caller, in a

18 | woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

19 | dropped up to 50% in your area.  Based on your zip code you could potentially see significant

20 | savings.  To speak to a specialist please press 2 or press 9 to be added to the do-not-call list."

21 |     This call was abandoned as defined by 47 C.F.R § 64.1200(a)(7)(ii).

22 | **Unsolicited Telemarketing Call #29**

PLAINTIFF'S ORGINAL COMPLAINT FOR A CIVIL CASE  - 14 / 19

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

1    On 7/29/2021 Plaintiff received a phone call from (559) 888-5247.  The caller, in a

2    woman's voice, said in pre-recorded or artificially generated voice: "Auto insurance rates have

3    dropped up to 50% in your area.  Based on your zip code you could potentially see significant

4    savings.  To speak to a specialist please press 2 or press 9 to be added to the do-not-call list."

5        Plaintiff pressed 9, and the call ended.

6        This call was abandoned as defined by 47 C.F.R § 64.1200(a)(7)(ii).

7                        **Unsolicited Telemarketing Calls #29, 30 & 31**

8    On 7/29/2021 Plaintiff played his voicemails.  Three of the voicemails was a woman

9    caller, who said in pre-recorded or artificially generated voice: "Auto insurance rates have

10    dropped up to 50% in your area.  Based on your zip code you could potentially see significant

11    savings.  To speak to a specialist please press 2 or press 9 to be added to the do-not-call list."

12    The caller did not leave a toll-free number Plaintiff could call to add his number to their do-not-

13    call list.

14        This is in violation of 47 C.F.R § 64.1200 (a)(9)(ii)(E).

15                            **Unsolicited Telemarketing Call #32**

16    On 8/18/2021 Plaintiff received a phone call from (817) 290-9613.  The caller was a man

17    who introduced himself as "Michael" from "US Auto Insurance".  He started asking insurance

18    related questions.  The man said he was "working with Allstate", and then he joined an Allstate

19    agent "Courtney" onto the call.  Plaintiff then hung up.

20                            **Unsolicited Telemarketing Call #33**

21    Courtney called Plaintiff back from (469) 249-8525 to continue the sale pitch of Allstate

22    insurance services.  Plaintiff terminated the call.

23                **Unsolicited Discount Insurance Quote Telemarketing Call #34**

PLAINTIFF'S ORGINAL COMPLAINT FOR A CIVIL CASE  - 15 / 19          NATHEN BARTON
                                                                   4618 NW 11TH CIR
                                                                   CAMAS WA 98607

1        Discount Insurance Quotes has placed other calls to Plaintiff.  One call was placed on

2 4/15/2021 and the conversation was very similar in call script and mannerisms to the call in

3 Unsolicited Telemarketing Call #1 except this time the caller went by "Tanner".

4        Tanner specifically said he was with Discount Insurance Quotes.  His calling number was

5 (469) 807-7810.  Tanner was another avatar using pre-recorded or artificially generated speech.

6 **Unsolicited Discount Insurance Quote Telemarketing Call #35**

7       On 4/21/2021 "Tanner" called back from (469) 393-7360 and the conversation was very

8 similar in call script and mannerisms to the call in Unsolicited Telemarketing Call #1 and it was

9 very similar to the 4/15/2021 "Tanner" robocall.  Tanner was another avatar using pre-recorded

10 or artificially generated speech.

11 **These calls are annoying**

12       The phone ringing and listening to pre-recorded or artificial voice calls where it takes time

13 and annoyance to navigate the phone menu system to talk to a live person are obnoxious, an

14 invasion of privacy, and a waste of time.  These phone calls were initiated to encourage Plaintiff

15 to purchase goods or service.

16 **V.     RELIEF**

17 **Federal Claims**

18 **TCPA 47 U.S.C. 227**

19       Defendants violated the regulations governing the TCPA, 47 C.F.R § 64.1200, and TCPA

20 47 U.S.C. 227(c) by calling Plaintiff's cellular telephone numbers without invitation or consent.

21       Defendants violated 47 U.S.C. 227(b) by calling Plaintiff's cellular telephone without

22 invitation or consent, while using an artificial or prerecorded voice.

PLAINTIFF'S ORGINAL COMPLAINT FOR A CIVIL CASE  - 16 / 19      NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

1    Defendants violated 47 C.F.R § 64.1200(a)(9)(ii)(E) by leaving three voicemails without

2    providing a toll-free "opt out" number.

3    Defendants violated 47 C.F.R § 64.1200(a)(7) by abandoning more than 3 percent of their

4    telemarketing calls.  In the 33 calls initiated to Plaintiff by Allstate, or on Allstate's behalf,

5    where Plaintiff answered a ringing telephone, over 70 percent were abandoned.

6    In the abandoned calls, Defendants violated 47 C.F.R § 64.1200(a)(7)(i)(A) and (B).

7                                    **Washington State Claims**

8                                       **RCW 80.36.390(2)**

9    Washington State RCW 80.36.390(2) says

10   A person making a telephone solicitation must identify him or herself and the company or
11   organization on whose behalf the solicitation is being made and the purpose of the call
12   within the first thirty seconds of the telephone call.

13   Defendants failed to identify a legally identifiable company or organization name behind

14   the solicitation, and the purpose of the call, within the first 30 seconds of several of the phone

15   calls.

16                                       **RCW 80.36.400**

17   Washington State RCW 80.36.400(2) states:

18   "No person may use an automatic dialing and announcing device for purposes of
19   commercial solicitation. This section applies to all commercial solicitation intended to be
20   received by telephone customers within the state."

21   Defendants violated Washington State RCW 80.36.400(2) many times by calling

22   Plaintiff's cellular telephone number without consent, while using an automatic dialing and

23   announcing device for commercial solicitation.

24   RCW 80.36.400 defines "Commercial solicitation means the unsolicited initiation of a

25   telephone conversation for the purpose of encouraging a person to purchase property, goods, or

PLAINTIFF'S ORGINAL COMPLAINT FOR A CIVIL CASE  - 17 / 19          NATHEN BARTON
                                                                    4618 NW 11TH CIR
                                                                    CAMAS WA 98607

1  services." There is no exception for charitable organizations who hawk goods and services via

2  unsolicited telephone conversations.

3  **Treble Damages**

4       Plaintiff believes the record shows that Defendants' violations of the law were willful or

5  knowing.  The Defendants failed to identify themselves within 30 seconds, abandoned many

6  calls, robocalled without consent, ignored DNC requests, left pre-recorded or artificial voice

7  telephone calls on Plaintiff's voicemail without giving an "opt out" number, and generally

8  ignored the law.

9       Therefore, Plaintiff asks for treble damages under TCPA 47 U.S.C. 227(c)(5), and the

10  presumption that violations of RCW 80.36.400 and RCW 19.158.030 triple damages under the

11  Washington State Unfair Business Practices Act RCW 19.86.

12  **Injunctive Relief**

13       TCPA 47 U.S.C. 227(c)(5)(A) allows "an action based on a violation of the regulations

14  prescribed under this subsection to enjoin such violation,".

15       Washington State RCW 80.36.390(6) says:

16            A person aggrieved by repeated violations of this section may bring a civil action
17            in superior court to enjoin future violations, to recover damages, or both.

18       Plaintiff is not unique – he simply had the misfortune to be targeted by Defendants' mass

19  calling machine.  It is reasonable to believe that Defendants have done this many times in the

20  past and will continue harming the residents of this State and other States in the future.

21       Plaintiff asks this Court to enjoin the Defendants from calling phone numbers using pre-

22  recorded or artificial voices without consent.

23  **All Possible Damages**

PLAINTIFF'S ORGINAL COMPLAINT FOR A CIVIL CASE  - 18 / 19      NATHEN BARTON
               4618 NW 11TH CIR
               CAMAS WA 98607

1    Plaintiff prays for all possible damages, in law and in equity, statutory, real, and punitive,

2    that he might entitled too.  Examples might be, but are not limited to, court costs, attorney fees,

3    pre-judgement interest, and post-judgement interest.

4    I declare under penalty of perjury under the laws of the state of Washington that the

5    foregoing is true and correct.

6

7

8    Signed at Vancouver, WA on _____3/12/2022_____.

9

10

11    (Nathen Barton)

12

13    Nathen Barton

14    (469) 347-2139

15    4618 NW 11th Cir

16    Camas WA 98607

17

18

19

20

21

22

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607