UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHEN BARTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLSTATE INSURANCE COMPANY, DISCOUNT INSURANCE QUOTES, AND JOHN DOE 1-10 DEFENDANTS,<br><br>　　　　Defendants. | Case No. 3:22-cv-05260-RSM-TLF<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Stipulation of Dismissal, Dkt. #48. The parties stipulate for dismissal pursuant to Rule 41(a)(1)(A)(ii) of Plaintiff's claims against Defendant Allstate Insurance Company. *Id*. Remaining Defendants have not appeared or otherwise been a part of this action. It appears that they have not or cannot be served. *See* Dkt. #12 at 8. Accordingly, the Court ORDERS that Plaintiff's claims against Allstate in this action are DISMISSED with prejudice. All pending Motions are STRICKEN. This case is CLOSED.

DATED this 2nd day of March, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1