HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHEN BARTON,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY; DISCOUNT INSURANCE QUOTES; and JOHN DOES 1-10,

    Defendants.

Case No.: 3:22-cv-05260-RSM-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Theresa L. Fricke, any objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER that the Report and Recommendation is ADOPTED. Plaintiff's Motion for Reconsideration (Dkt. #51) is DENIED. This case remains closed. The Clerk shall send a copy of this Order to Plaintiff.

DATED this 22nd day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1